IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00409-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCO CORRALES-FELIX,

    Defendant.

_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that a hearing on supervised release violation is set for **December 18, 2009 at 1:30 p.m.** in Courtroom A701 before Judge Philip A. Brimmer.

    October 27, 2009.